[No. 3194–2.   Division Two.   December 18, 1979.]

MARVIN JENNINGS, *Appellant,* v. GEORGE E.
WELDON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 43489, Frank L. Price, J., entered
November 9, 1977. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Reed, A.C.J., and Soule, J.

[No. 3040–3.   Division Three.   December 18, 1979.]

WILLIAM DEPPING, *Appellant,* v. H. T. REA, INC.
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 68647, James B. Mitchell, J., entered
August 18, 1978. *Affirmed* by unpublished opinion per
Green, C.J., concurred in by McInturff and Roe, JJ.

[No. 3121–2.   Division Two.   December 20, 1979.]

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS,
LOCAL 483, *Respondent,* v. PARKLAND LIGHT
AND WATER COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 252102, Waldo F. Stone, J., entered September
16, 1977. *Affirmed* by unpublished opinion per Petrie, J.,
concurred in by Reed, A.C.J., and Soule, J.

[No. 3675–2.   Division Two.   December 20, 1979.]

GEORGE F. CRUZ, ET AL, *Respondents,* v. LOUIS
CUNNINGHAM, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark
County, No. 56376, Robert D. McMullen, J., entered Sep-
tember 1, 1978. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Pearson, C.J., and Reed, J.